UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBIN M. LEE,<br><br>  Plaintiff,<br><br>vs.<br><br>IVANA TRUMP MAZZOCHERI, *et al.*,<br><br>  Defendant, | 2:12-cv-0189-MMD-RJJ<br><br>REPORT & RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

The Court having reviewed this matter hereby makes the following findings:

1. On February 24, 2012, the Court entered an Order (#2) scheduling a status conference in this case for April 4, 2012.

2. The Order (#2) was served on the Plaintiff, Robin M. Lee. by United States Postal Service Certified Mail. *See*, Certified Mail Receipt (#3).

3. Plaintiff, Robin M. Lee, failed to appear at the hearing scheduled for April 4, 2012. Further, Plaintiff did not contact the Court to request a continuance of said hearing or to provide a reason for her non appearance.

4. Plaintiff has failed to keep the Court apprised of her current address.

5. Upon review of the proposed complaint it appears that Plaintiff will be unable to state a cause of action. *See*, proposed Complaint attached as Attachment 1 to the Motion for Leave to Proceed In Forma Pauperis (#1).

Based on the foregoing and good cause appearing therefore,

## RECOMMENDATION

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE**.

## NOTICE

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

DATED this  23rd  day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge