UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBIN LEE, | )<br>) |
|     Plaintiff, | )    2:12-cv-189-LRH-RJJ<br>) |
| vs. | )<br>) |
| IVANA TRUMP MAZZOCHERI,<br>*et al*., | )<br>)    O R D E R<br>) |
|     Defendant, | )<br>) |

This matter is before the Court on Plaintiff's Motion for Magistrate Judge to Reconsider Magistrate Judge Order (#6).

The Court having reviewed the Motion (#6) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for October 22, 2012, at 9:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada, on Plaintiff's Motion for Magistrate Judge to Reconsider magistrate Judge Order (#6). Additionally the Court will address Plaintiff's Application to Proceed *In Forma Pauperis* (#1).

IT IS FURTHER ORDERED that only Plaintiff, Robin Lee, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this __26th__ day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge