UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBIN LEE, | |
| Plaintiff, | 2:12-cv-189-LRH-RJJ |
| vs. | |
| IVANA TRUMP MAZZOCHERI, *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on the failure of Plaintiff, Robin Lee, to appear in Court on October 22, 2012.

Upon review of this matter, the Court finds:

1. On September 26, 2012, the Court entered an Order (#9) scheduling a hearing for October 22, 2012. *See*, Order (#9).

2. The Order (#9) specified that Plaintiff, Robin Lee was required to appear in Court for this hearing.

3. Plaintiff, Robin Lee failed to appearing for the hearing scheduled on October 22, 2012. Plaintiff, Robin Lee did not seek a continuance of the hearing. Further, Plaintiff Lee did not contact the court regarding a reason for his non-appearance.

4. Plaintiff, Robin Lee has failed to keep the Court advised of his current address as required by the Local Rules. *See*, Returned Mail (#11 & #12).

Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion For Reconsideration (#6) is DENIED.

IT IS FURTHER ORDERED that this case shall proceed pursuant to the Report and Recommendation (#5), filed on May 23, 2012.

DATED this  23d   day of October, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge