1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                              DISTRICT OF NEVADA

9                                    * * *

10   ROBIN LEE,                        )
                                       )
11             Plaintiff,              )        2:12-cv-189-LRH-RJJ
                                       )
12   vs.                               )
                                       )
13   IVANA TRUMP MAZZOCHERI, *et al.*, )              O R D E R
                                       )
14             Defendant,              )
     _____)
15
16       This matter is before the Court on the failure of Plaintiff, Robin Lee, to appear in Court
     on October 22, 2012.
17
         Upon review of this matter, the Court finds:
18
         1.    On September 26, 2012, the Court entered an Order (#9) scheduling a hearing for
19
               October 22, 2012.  *See*, Order (#9).
20
         2.    The Order (#9) specified that Plaintiff, Robin Lee was required to appear in Court
21
               for this hearing.
22
         3.    Plaintiff, Robin Lee failed to appearing for the hearing scheduled on October 22,
23
               2012. Plaintiff, Robin Lee did not seek a continuance of the hearing. Further,
24
               Plaintiff Lee did not contact the court regarding a reason for his non-appearance.
25
         4.    Plaintiff, Robin Lee has failed to keep the Court advised of his current address as
26
               required by the Local Rules. *See*, Returned Mail (#11 & #12).
27
28

1    Good cause appearing therefore,

2    IT IS HEREBY ORDERED that Plaintiff's Motion For Reconsideration (#6) is DENIED.

3    IT IS FURTHER ORDERED that this case shall proceed pursuant to the Report and

4    Recommendation (#5), filed on May 23, 2012.

5    DATED this 23d   day of October, 2012.

6

7

8    _____
     ROBERT J. JOHNSTON
9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28