UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBIN LEE,

                Plaintiff,

v.

IVANA TRUMP MAZZOCHERI, *et al.*

                Defendant.

Case No. 2:12-cv-00189-MMD-RJJ

ORDER

    Before the Court for consideration is the Report and Recommendation (dkt. no. 5) of the Honorable Robert J. Johnston, United States Magistrate Judge, entered May 23, 2012. Plaintiff filed a Motion for Reconsideration that he titled as "Objection to Dismissal of A Business Deal & Loan Repayment." (Dkt. no. 6.) The Magistrate Judge construed the Motion as a request for reconsideration and denied Plaintiff's Motion. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Johnston's Report and Recommendation should be ACCEPTED.

    IT IS THEREFORE ORDERED that Plaintiffs' Complaint is DISMISSED with prejudice. The Clerk is directed to close this case.

    IT IS SO ORDERED.

    DATED THIS 24th day of October 2012.

MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE